EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WES R. PORTER #7698
Assistant U.S. Attorney

Hiep P. Pham
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: 656-1360
Facsimile: 656-1370
Email: phamhp@schofield.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 17 2004

at 11 o'clock and 0 min. ᴸM.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BENNIE J. EDWARDS,<br><br>    Defendant. | CR. NO. CR04 00305 HG<br><br>INDICTMENT<br><br>[18 U.S.C § 2243(a);<br>18 U.S.C §§ 2246(2)(A)&(B)] |

INDICTMENT

(Sexual abuse of a minor)

The Grand Jury charges that:

On or about July 19, 2004, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, to wit: Schofield Barracks, Hawaii, defendant BENNIE J. EDWARDS did knowingly engage in the following sexual acts, as that term is defined in 18 U.S.C.

Sections 2246(2)(A) and (B), to wit: (1) contact and penetration between the penis and vulva and (2) contact between the mouth and the penis, with L.M.W., who was at the time fourteen years old and at least four years younger than the defendant.

All in violation of Title 18, United States Code, Section 2243(a).

DATED: August 17, 2004 , Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
WES REBER PORTER
Assistant U.S. Attorney

_____
HIEP D. PHAM
Special Assistant U.S. Attorney